dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-304-CV

JAMES AND JERI CUSHMAN,      APPELLANTS

INDIVIDUALLY AND O/B/O THE 

ESTATE OF JOSEPH CUSHMAN

V.

CITY OF ARLINGTON, THERON        APPELLEES

BOWMAN, JERRY KENDRICK,

ROY MITCHELL, MARK T. GARBER,

JOHNNY SPRUIEL, AND KENNETH

BLANE SHAW

----------

FROM THE 348
th
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. 

PER CURIAM 

PANEL D: CAYCE, C.J.; LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: February 12, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.